**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

RALPH E. MACHESKY,

  Plaintiff,

v.

NATIONAL CONSUMER TELECOM & UTILITIES
EXCHANGE, INC., and EQUIFAX INFORMATION
SERVICES LLC,
  Defendants.

---

## NOTICE OF REMOVAL

---

  Defendant, Equifax Information Services LLC ("Equifax"), by and through its counsel,
hereby files this Notice of Removal of this action from the District Court for Arapahoe County,
Colorado, to the United States District Court for the District of Colorado. This Notice of
Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Equifax states as
follows:

  1.  An action was filed on December 26, 2019 in the Arapahoe County District
Court, entitled *Machesky v. National Consumer Telecom & Utilities Exchange, Inc., et al.*, Case
No. 2019CV32969 (the "State Court Action").

  2.  Equifax was served with the Complaint on January 6, 2020.

  3.  This Notice is being filed with this Court within thirty (30) days after Equifax was
served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his
claims for relief.

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681, *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

(a)      Plaintiff's Complaint, on its face, alleges a violation of the FCRA.   (See Plaintiff's Complaint).

(b)      The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . . ."

5.      Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Arapahoe County District Court, as required by 28 U.S.C. § 1446(d).

6.      Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

7.      Equifax has confirmed with the Clerk of Court that co-defendant National Consumer Telecom & Utilities Exchange, Inc., has not been served as of the date of this removal.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

DATED:  January 27, 2020          Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

s/ *Nicholas M. Cassidy*
Richard M. Murray, No. 38940
Nicholas M. Cassidy, No. 40836
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Tel. (303) 572-9300
Fax: (303) 572-7883
rmurray@polsinelli.com
ncassidy@polsinelli.com
***Counsel for Defendant Equifax Information Services LLC***