**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action Number 1:20-cv-00221—RBJ-STV

RALPH E. MACHESKY,
     Plaintiff,

v.

NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,
     Defendants.

---
**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS**
---

     PLEASE TAKE NOTICE that Plaintiff files this notice of settlement pursuant to D.C.COLO.LCivR 40.2(b). The parties have reached an agreement on all material terms required to settle all of Plaintiff's claims against Defendants National Consumer Telecom & Utilities Exchange, Inc. and Equifax Information Services, LLC pending in this action.

     The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted against National Consumer Telecom & Utilities Exchange, Inc. and Equifax Information Services, LLC.

|  |  |
|---|---|
| Dated: April 13, 2021 | Respectfully submitted, |
|  | By: /s/ Matthew R. Osborne<br>Matthew R. Osborne, P.C.<br>11178 Huron Street, Suite 7<br>Northglenn, CO 80234<br>matt@mrosbornelawpc.com<br>303-759-7018 |
|  | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on 04/13/2021, I filed a true and correct copy of the foregoing Notice of Settlement via the Court's CM/ECF system, which will automatically send notice to:

All counsel of record.

s/ Mike Nobel