# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:20-cv-00221-RBJ-STV

RALPH E. MACHESKY,
    Plaintiff,

v.

NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.

_____

## ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE
_____

Plaintiff Ralph E. Machesky has announced to the Court that all matters in controversy against Defendants National Consumer Telecom & Utilities Exchange, Inc. and Equifax Information Services, LLC have been resolved.  A Stipulation to Dismiss Case with Prejudice has been signed and filed with the Court.  Having considered the Stipulation, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Ralph E. Machesky against Defendants National Consumer Telecom & Utilities Exchange, Inc. and Equifax Information Services, LLC are in all respects dismissed with prejudice, with costs and attorneys' fees to be paid by the party incurring the same.

DATED this 27th day of April, 2021.

BY THE COURT:

_____

United States District Judge